**Order filed, November 22, 2019.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-19-00715-CV
_____

**BOOTH CREEK MANAGEMENT CORPORATION, Appellant**

**V.**

**NEW EXECUTIVE GROUP LIMITED, TRANSAMERICA INVESTMENT GROUP, INC., AND JOHN BERRY, Appellee**

---

**On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2016-24794**

---

## ORDER

The reporter's record in this case was due **September 13, 2019**. *See* Tex. R. App. P. 35.1. On October 25, 2019, Cynthia Martinez filed a motion for extension of time to file the reporter's record which was granted to November 4, 2019. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cynthia Martinez**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order. No further extension will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Cynthia Martinez** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM